UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

PATRICK MENSAH,

                            Defendant.
-------------------------------------------------------------X

21 cr 375 (JGK)

**ORDER**

Sentencing in this matter is **adjourned to Monday, December 13, 2021, at 10:00am.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 7, 2021